Client Ref.:
3306 School Road, Kintnersville, PA 18930

## AFFIDAVIT OF SERVICE

Superior Court of the State of New Jersey, Law Division: Somerset County

Docket Number: SOM-L-70-17
Filed On: 1/20/2017

Novel Laboratories, Inc.
                                           Plaintiff(s),

vs.

KVK-Tech, Inc. and Gator Pharmaceuticals, Inc.
                                           Defendant(s).

State of Pennsylvania: County of Montgomery  ss: Michael Rodgers, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of Pennsylvania.

That on **2/2/2017** at **4:39 PM** at **3306 School Road, Kintnersville, PA 18930**, deponent served the within **Civil Action Summons; Civil Case information Statement; Track Assignment Notice; Certification Pursuant to Rule 4:5-1; Designation of Trial Counsel**
On **Gator Pharmaceuticals, Inc. c/o  Paul Burlaga, Jr.**

SUITABLE AGE PERSON:  By delivering a true copy of each to  **Paul Burlaga, Sn..**, the **Father** of **Gator Pharmaceuticals, Inc. c/o Paul Burlaga, Jr.**, a person of suitable age and discretion.  Said premises is intended recipient's Home within the state.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **Over 65 Yrs.** Weight: **Over 200 Lbs.** Height: **5' 9" - 6' 0"** Hair: **Gray** Glasses: **Yes**  Other:

COMMENTS: Paul Sn accepted and signed for the documents without an issue.

MILITARY STATUS: I asked the defendant if he/she was in active military service of the United States or the State of Pennsylvania in any capacity or if they are financially dependent on anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated.  Upon information and belief I aver that the Defendant is not in the military and is not financially dependent on someone in active military service of the United States or the State of Pennsylvania as that term is defined in the statutes of Pennsylvania or the Federal Soldiers and Sailors Civil Relief Act.

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
    Stacy Dougherty, Notary Public
Upper Moreland Twp., Montgomery County
   My Commission Expires Aug. 4, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

Sworn to before me on 2/8/2017  [2/10/17 SD]

_Stacy Dougherty_
NOTARY PUBLIC
Commission Expiration Aug 4, 2019

X _Michael Rodgers_
Michael Rodgers
PPLS Ref# 17-14821

Process Plus Legal Service LLC, 2800 Turnpike Drive, Suite 1, Hatboro, PA 19040