# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVEL LABORATORIES, INC., : <br> : <br> Plaintiff, : <br> : <br> v.   : <br> : <br> KVK-TECH, INC. and GATOR : <br> PHARMACEUTICALS, INC., : <br> : <br> Defendants. : <br> _____: | CIVIL ACTION NO. 17-739-BRM-LHG <br><br> **DECLARATION OF PAUL BURLAGA** |

I, Paul Burlaga, make the following declaration under penalty of perjury under the laws of the United States.

1. My name is Paul Burlaga and I am a director of Defendant Gator Pharmaceuticals, Inc. ("Gator"). I am over the age of 21 and give this Declaration on the basis of my personal knowledge, investigation, and belief for use in this litigation.

2. Gator is incorporated and maintains its principal place of business in Florida.

3. Gator does not have any business contacts with the State of New Jersey.

4. Gator is not registered to do business in New Jersey.

5. Gator does not maintain an office or own any real estate in New Jersey.

6. Gator does not lease any property in New Jersey.

7. Gator does not have a telephone listing or mailing address in New Jersey.

8. Gator does not maintain any bank accounts in New Jersey.

9. Gator has not authorized or appointed any entity to act as its general agent for accepting service of process in New Jersey.

10. Gator does not employ any personnel in New Jersey.

11. Gator does not pay taxes or file tax returns in New Jersey.

12. Gator does not advertise or market in New Jersey.

13. Gator does not distribute products into New Jersey.

14. Gator has not entered into any agreements with New Jersey distributors or agreements with any other distributors to specifically distribute, sell, advertise or market Gator products to the New Jersey market.

15. Gator has not established and does not control any distribution network that distributes, sells, advertises, or markets Gator products in New Jersey.

16. Gator employees, agents, and/or representatives do not routinely make telephone calls to New Jersey for work-related purposes.

17. None of Gator's corporate officers, directors, employees, agents, or other representatives are located in New Jersey.

18. None of Gator's officers, directors, or employees have traveled to New Jersey for business-related purposes on Gator's behalf.

19. Gator does not have any subsidiary entities operating in New Jersey.

20. Gator has never initiated any litigation in New Jersey courts.

21. Gator does not engage (and has not engaged) in any direct or purposeful targeting whatsoever of the New Jersey economy.

22. Gator has not, through either direct or indirect means, purposefully availed itself of the New Jersey economy, nor has Gator ever taken any commercial or other actions to specifically create a market for its products in New Jersey.

23. Gator is not owned either partially or in full by Defendant KVK-Tech, Inc. ("KVK"), nor does Gator own any portion of KVK. There is no legal relationship between Gator and KVK.

24. None of Gator's officers and/or directors serve as officers and/or directors of KVK;

25. Gator's finances are in no way controlled or directed by KVK; likewise, Gator does not control or direct the finances of KVK.

26. Gator's policies and/or business practices are in no way controlled or directed by KVK; likewise, Gator does not control or direct KVK's policies and/or business practices.

27. Gator does not share office space with KVK.

28. Gator does not maintain, control and/or possess the books, records and financial accounts of KVK; likewise, KVK does not maintain, control and/or possess the books, records and financial accounts of Gator.

This Declaration is made subject to the penalties of 28 U.S.C. § 1746 for unsworn falsification to authorities.

Date: 02/20/2017

Paul Burlaga